**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

Eastern District of Kentucky
FILED
SEP 0 4 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 3:25CR11 GFVT-MAS

**JAMES L. SHUCK**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**21 U.S.C. § 841(a)(1)**

On or about December 19, 2024, in Shelby County, in the Eastern District of Kentucky,

**JAMES L. SHUCK**

knowingly and intentionally possessed with intent to distribute 10 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**<u>COUNT 2</u>**
**18 U.S.C. § 922(g)(1)**

On or about December 19, 2024, in Shelby County, in the Eastern District of Kentucky,

**JAMES L. SHUCK,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger model AR-556, 5.56 caliber rifle, serial number 856-87503, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**COUNT 3**
**18 U.S.C. § 924(c)(1)(A)**

On or about December 19, 2024, in Shelby County, in the Eastern District of Kentucky,

**JAMES L. SHUCK**

knowingly and intentionally possessed a firearm in furtherance of a drug trafficking crime as charged in Count 1 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **JAMES L. SHUCK** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **JAMES L. SHUCK** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **JAMES L. SHUCK** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that **JAMES L. SHUCK** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Ruger model AR-556, 5.56 caliber rifle, serial number 856-87503; and
b. Assorted ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

[redacted]

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:** *If 10 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl:* Not less than 5 years, nor more than 40 years, imprisonment; not more than a $5,000,000 fine; and not less than 4 years, nor more than life, supervised release.

**If prior serious drug felony or serious violent felony conviction:** Not less than 10 years, nor more than life, imprisonment; not more than an $8,000,000 fine; and not less than 8 years, nor more than life, supervised release.

*If a mixture or substance containing a detectable amount of methamphetamine:* Imprisonment for not more than 20 years; a fine of not more than $1,000,000; and not less than 3 years, nor more than life, supervised release.

**If prior conviction for a felony drug offense**: Imprisonment for not more than 30 years; a fine of not more than $2,000,000; and not less than 6 years, nor more than life, supervised release.

**COUNT 2:** Imprisonment for not more than 15 years; a fine of not more than $250,000; and supervised release of not more than 3 years.

**If Armed Career Criminal:** Not less than 15 years imprisonment, a fine of not more than $250,000; and supervised release of not more than 5 years.

**COUNT 3:** Not less than 5 years, nor more than life, imprisonment, consecutive to any other sentence; not more than a $250,000 fine; and not more than 5 years of supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.